UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| vs. | ) | CAUSE NO. 3:08-CR-45(01)RM |
| | ) | |
| JOSE JIMINEZ | ) | |

## ORDER

No objections have been filed to the magistrate judge's findings and recommendations upon a plea of guilty issued on June 18, 2008 [Doc. No. 22]. Accordingly, the court now ADOPTS those findings and recommendations, ACCEPTS defendant Jose Jiminez's plea of guilty, and FINDS the defendant guilty of Count 1 of the Indictment, in violation of 42 U.S.C. § 408(a)(7)(B).

SO ORDERED.

ENTERED:   July 14, 2008

_____/s/ Robert L. Miller, Jr._____
Chief Judge
United States District Court